UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSE PEREZ PEREZ,<br>                              Defendant. | 24-CR-486-1 (JPO)<br><br>ORDER |

J. Paul Oetken, District Judge:

    Luis O. Diaz is relieved as counsel and C.J.A. attorney Raymond Gazer is hereby appointed to represent the defendant.

    SO ORDERED.

Dated: April 18, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge